UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

**Jeffrey Lovejoy**

    v.                                              Civil No. 10-cv-___-PB

**Wells Fargo Bank**

**ORDER OF RECUSAL**

    I hereby recuse myself from presiding in this case.  The case shall be assigned to another judge.

    SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

August 6, 2010

cc:  Counsel of Record