UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Jeffrey Lovejoy,
    Plaintiff

v.                                    Civil No. 10-cv-341-SM

Wells Fargo Bank,
    Defendant

**ORDER OF RECUSAL**

By statute, a financial interest in a party, however slight (i.e., even one share), results in disqualification.  As I have a financial interest in Defendant Wells Fargo Bank's parent company, Wells Fargo & Co., recusal is mandatory.  See, 28 U.S.C. § 455(b)(4).

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

August 6, 2010

cc:  E. James Perullo, Esq.