```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Jeffrey Lovejoy

    v.                          Civil No. 10-cv-00341-JL

Wells Fargo Bank

## O R D E R

After a conference call with both parties, the motion for a temporary restraining order is WITHDRAWN.

For the record, and for the benefit of plaintiff's counsel in bringing future matters of this sort before the court, the motion would have been denied.  The motion contains no written certification of whether efforts were made to give notice to the defendant or why notice should not be required.  Further, the motion is neither verified nor supported by an affidavit, and contains no allegation of irreparable injury, loss, or damage if the TRO is not granted before the defendant can be heard.  Fed. R. Civ. P. 65(b)(1).  Finally, the motion contains no statement regarding the plaintiff's willingness to post a bond.  See Fed. R. Civ. P. 65(c).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: August 6, 2010

cc: E. James Perullo, Esq.