UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Jeffrey Lovejoy

      v.                                              Civil No. 10-cv-341-JL

Wells Fargo Bank


### O R D E R

        Complaint Filed:     8/6/10

        Summons Issued:    8/6/10


To date, the Court has received no return of service.

In accordance with Federal Rule of Civil Procedure 4(m), the case will be dismissed without prejudice on April 8, 2011, if said return or a motion to extend time to effect service is not received by that date.

SO ORDERED.

March 25, 2011

_____
Joseph N. Laplante
United States District Court Judge


cc:    E. James Perullo, Esq.